## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO 26-5041-M-KLD** |
| **Plaintiff,** | |
| **vs.** | **VIOLATION:** <br> **F06I005C** <br> **Location Code: M10** |
| **JACOB BROWN,** | **ORDER** |
| **Defendant.** | |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**, without prejudice.

**IT IS FURTHER ORDERED** that any future hearing or issued warrants are **VACATED**.

DATED this __2nd__ day of July 2026.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge